**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RODNEY D. DRIVER,** **Plaintiff** v. **TOWN OF RICHMOND**, by and through its Treasurer, **DAVID KRUGMAN**, and **RAYMOND A. DRISCOLL,** in his individual and official capacities as Chief of Police of the Town of Richmond, **Defendants** | : | CA 07 291S C.A. No. 07- |

**NOTIFICATION OF CLAIM OF UNCONSTITUTIONALITY**

Now comes the Plaintiff, Rodney D. Driver, in the above-cited matter pursuant to Local Rule LR Cv 24 and does hereby provide notice of a challenge in the within proceedings to the constitutionality of Rhode Island General Laws §11-22-2, entitled "Injuries to road signs--Advertising on highway," both as applied and on its face, as it subjects the exercise of First Amendment freedoms to prior restraint and fails to contain narrow, objective, and definite standards to guide the permitting authority and involves the appraisal of facts, the exercise of judgment, and the formation of an opinion by the decision-maker.

PLAINTIFF,
**RODNEY D. DRIVER**
By his attorneys,

**Date: August 6, 2007**

**Richard A. Sinapi, Esq.** (#2977)
**American Civil Liberties Union, R.I. Affiliate**
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
Phone: (401) 944-9690; FAX: (401) 943-9040