AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rodney D. Driver

v.

Town of Richmond, et al

**SUMMONS IN A CIVIL CASE**

CA 07 291 S

CASE NUMBER: 07-

TO: (Name and address of Defendant)

Raymond A. Driscoll
Town of Richmond Police Department
1168 Main Street
Richmond, RI 02898

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Justin Vachon

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

8/6/07

DATE

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8-9-07 |
| NAME OF SERVER *(PRINT)* Thomas J Sherman | TITLE THOMAS J. SHERMAN RI CONSTABLE #6102 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Officer Justin Vachon accepted for Raymond Driscoll

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-9-07
Date

[signature]
Signature of Server

THOMAS J. SHERMAN
RI CONSTABLE #6102

111 Wunnegin Circle Warwick
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rodney D. Driver

V.

Town of Richmond, et al

**SUMMONS IN A CIVIL CASE**

CA 07 291S

CASE NUMBER: 07-

TO: (Name and address of Defendant)

Town of Richmond, by and through its Treasurer,
David Krugman
5 Richmond Townhouse R
Richmond, RI 02898

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

David Krugman
David Krugman

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Chief Deputy Clerk

CLERK

DATE 8/6/07

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8-9-07 |
| NAME OF SERVER *(PRINT)* Thomas J. Sherman | TITLE THOMAS J. SHERMAN RI CONSTABLE #6102 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: St Richmond Powerhouse

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): DAVID KRUGMAN AGENT FOR SERVICE ACCEPTED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-9-07
Date

[signature]
Signature of Server

THOMAS J. SHERMAN
RI CONSTABLE #6102

111 Wunnerin Circle Warwick
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.