**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RODNEY D. DRIVER,**
**Plaintiff**

**v.** **CA. No. 07-291S**

**TOWN OF RICHMOND, by and through its Treasurer, DAVID KRUGMAN, and RAYMOND A. DRISCOLL, in his Individual and official capacities as Chief of Police of the Town of Richmond,**
**Defendants**

# MOTION TO INTERVENE

Now comes the State of Rhode Island, by and through Patrick C. Lynch, Attorney General of the State of Rhode Island and pursuant to 28 U.S.C. § 2403 and Rule 24 of the Federal Rules of Civil Procedure, hereby moves to intervene as *amicus curiae* in this civil action that draws into question the constitutionality of R.I. Gen. Laws § 11-22-2, which prohibits injuries to road signs.

WHEREFORE, the Attorney General respectfully requests that the Motion to Intervene as *amicus curiae* be granted, and that the State be allowed to file a Memorandum of Law within 45 days' of the filing of the Plaintiff's dispositive motion.

Respectfully submitted

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
/s/ *Christy Hetherington*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Christy Hetherington, #6693
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303/2425
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that I have filed the within Motion to Intervene with the United States District Court on this 18th day of October, 2007 and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

**Joseph F. Penza, Jr.**
jfp@olenn-penza.com,cli@olenn-penza.com,bam@olenn-penza.com

**Richard A. Sinapi**
dicks@sfclaw.com

*/s/ Rebecca Tedford Partington*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RODNEY D. DRIVER,**
**Plaintiff**

**v.** **CA. No. 07-291S**

**TOWN OF RICHMOND, et al.**
**Defendants**

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**

Patrick C. Lynch, Attorney General, on behalf of the State of Rhode Island, respectfully submits this Memorandum of Law in support of the Motion to Intervene as *amicus curiae* filed pursuant to 28 U.S.C. § 2403 and Local Rule 24.

On October 4, 2007 the Attorney General received notification from Attorney Joseph F. Penza, Jr., on behalf of the Defendants, that a constitutional challenge was central to this matter. After a review of the pleadings, it appears that the State has an interest such that it should be allowed to participate as *amicus curiae*. Specifically, the State requests to participate because the above-captioned civil action draws into question the constitutionality of R.I. Gen. Laws § 11-22-1, entitled "Injuries to Road Signs - Advertising on Highway."

For these reasons, the State respectfully requests that the Motion be granted, and that the State be allowed to file as *amicus curiae* within 45 days' of Plaintiff's dispositive motion.

Respectfully submitted

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
/s/ *Christy Hetherington*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Christy Hetherington, #6693
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303/2425
Fax: (401) 222-2995

## CERTIFICATION

I hereby certify that I have filed the within Motion to Intervene with the United States District Court on this 18th day of October, 2007 and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

**Joseph F. Penza, Jr.**
jfp@olenn-penza.com,cli@olenn-penza.com,bam@olenn-penza.com

**Richard A. Sinapi**
dicks@sfclaw.com

*/s/ Rebecca Tedford Partington*