**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RODNEY D. DRIVER,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 07-291S** |
| | : | |
| **TOWN OF RICHMOND**, by and through its Treasurer, **DAVID KRUGMAN**, and **RAYMOND A. DRISCOLL,** in his individual and official capacities as Chief of Police of the Town of Richmond, | : | |
| **Defendants** | : | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the Plaintiff, Rodney D. Driver, in the above-described matter and does hereby move this Court pursuant to Fed.R.Civ.P 56 and Lr. Cv. 56 for entry of partial summary judgment against the Defendants as to liability on both counts alleged in the Verified Complaint on the grounds that Plaintiff is entitled to partial judgment as a matter of law, insofar as the statute which Defendants claim authorized their actions, R.I.G.L. §11-22-2, is unconstitutional on its face. As further grounds therefore and in support thereof, Plaintiff relies on his Memorandum of Law and Statement of Undisputed Facts filed simultaneously herewith.

**WHEREFORE,** Plaintiff respectfully prays that this Court grant his within motion and enter partial summary judgment against the Defendants accordingly.

PLAINTIFF,
**RODNEY D. DRIVER**
By his attorneys,

**Date: November 5, 2007**

**/s/ Richard A. Sinapi**
**Richard A. Sinapi, Esq**. (#2977)
**American Civil Liberties Union, R.I. Affiliate**
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
Phone: (401) 944-9690; FAX: (401) 943-9040

**CERTIFICATION**

**TO:** **Joseph F. Penza, Esq.**
**Olenn & Penza, LLP**
**530 Greenwood Avenue**
**Warwick, RI 02886**

**Rebecca Tedford Partington, Esq.**
**Assistant Attorney General**
**State of Rhode Island**
**150 South Main Street**
**Providence, RI 02903**

I hereby certify that a true copy of the within document was caused to be served upon the above named on this **5th** day of **November**, **2007**.

**/s/ Richard A. Sinapi**