JFP:pac 7048/3 \pleading\70483Objection.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RODNEY D. DRIVER<br><br>VS.<br><br>TOWN OF RICHMOND, by and through its Treasurer, DAVID KRUGMAN, and RAYMOND A. DRISCOLL, in his individual and official capacities as Chief of Police of the Town of Richmond | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. NO. 07-291S |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now come the defendants, the Town of Richmond and Chief Raymond A. Driscoll, and object to the plaintiff's motion for partial summary judgment.

Defendants incorporate the memorandum of law and arguments made by the State of Rhode Island in support of their objection.

DEFENDANTS
By their Attorney,

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent an electronic copy of the within on to:

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Rebecca Tedford Partington, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903