**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**September 16, 2008 Calendar Call**

## CRIMINAL CASES

CR07-138-01S-DLM USA v. Souvanh Keosouvanh
Conspiracy to Possess with Intent to Deliver
CR08-26-01S-DLM USA v. William Cruz
Felon in Possession of a Firearm
CR08-28-01S-DLM USA v. Juan Quezada-Ortega
Illegal Re-Entry
CR08-34-02-LDA USA v. Roberto Valerio
Conspiracy to Commit Credit Card Fraud
CR08-62-01-DLM USA v. Ronald L. Wilson
Possession With Intent Distribute Cocaine Base

## CIVIL CASES

CA06-53S-LDA Jack Foley et al v. Steven Loeb, et al
Tort/Marine
CA07-162-LDA Laura Mastraccio, et al v. Long Beach Mortgage
Truth in Lending
CA07-211-DLM United States of America v. Keith Beauchamp
Taxes
CA07-291-DLM Rodney D. Driver v. Town of Richmond, et al
Civil Rights
CA07-340-DLM Carylon Cooper v. Head Start Board of Directors, Inc
Job Discrimination
CA07-374-DLM Irene Dionne v. Bank of America, et al
Civil Rights
CA07-382-DLM Nestor Castano v. Washington Mutual Bank, FA
Truth in Lending

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on October 7, 2008 to be tried in the order listed. The calendar will be called on **September 16, 2008** at 9:00 a.m. Juries will be empaneled on October 7, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: September 5, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**